# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAP DIAGNOSTICS, LLC d/b/a PATHNOSTICS,<br><br>    *Plaintiff*,<br><br>    v.<br><br>EMERITUS MEDICAL TECHNOLOGY LLC d/b/a EMERITUSDX and ROBERT EMBREE,<br><br>    *Defendants*. | Case No. 2:23-cv-05242 JLS(Ex)<br><br>**STIPULATED PERMANENT INJUNCTION** |

Plaintiff CAP Diagnostics, LLC d/b/a Pathnostics and Defendants Emeritus Medical Technology LLC b/d/a EmeritusDX and Robert Embree, in addition to third parties Cindy Caccuro, Lisa Korch, and Stephen Korch (the "Third Parties"), have stipulated to the entry of a permanent injunction. The Court hereby **GRANTS** the joint request and **ENJOINS** Defendants—including EmeritusDX's officers, employees, consultants, agents, and contractors, and all other persons acting in concert or participation with them, directly or indirectly, including but not limited to the Third Parties (together, "Defendants")—and **ORDERS** as follows:

1. With respect to all documents, data, information, or materials that Defendants acquired from Pathnostics or its current or former employees or consultants, or that otherwise originated from Pathnostics' computer systems ("Pathnostics Data")—including but not limited to any Pathnostics Data contained, identified, or referred to in Exhibits 1–16, 18, 19, 21, and 30 to the September 1, 2023 Declaration of David Pauluzzi (Dkt. 38-1 (filed under seal)) ("Pauluzzi Declaration") (identified and listed in **Exhibit A** to this Order), all copies or versions thereof, and all like materials—Defendants shall (i) immediately refrain from using all Pathnostics Data; (ii) produce all Pathnostics Data in their possession, custody, and control (to the extent not already produced during expedited discovery) within fifteen (15) business days, and (iii) thereafter permanently delete and destroy all Pathnostics Data from all forms of media and certify such deletion in writing to Plaintiffs;

2. With respect to all documents, data, information, or materials that Defendants created, edited, or modified using Pathnostics Data—including but not limited to all documents, data, information, or materials contained, identified, or referred to in Exhibits 4, 6, 7, 15, and 30 of the Pauluzzi Declaration (identified and listed in **Exhibit B** to this Order), all copies or versions thereof, and all like materials—Defendants shall immediately refrain from

using all such documents, and Defendants shall have thirty (30) days to either (i) delete and destroy such documents or (ii) revise such documents to remove all Pathnostics Data, and copies of deleted, destroyed, or revised documents or materials shall be provided to Plaintiff.

3. Exempted from the scope of this injunction are documents or data that are required to be retained by law, government investigation, or lawful subpoena. To the extent that there is any Pathnostics Data that must be retained for the reasons set forth above, the Pathnostics Data shall not be used for any purpose.

**IT IS SO ORDERED.**

DATED: January 24, 2024

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Pauluzzi Decl. Ex. No. | ECF No. | Beginning Bates No. | Description |
|---|---|---|---|
| 1 | 38-2 | EME007369 | October 31, 2021 email in which J. Rodriguez receives confidential Pathnostics validation tools. |
| 2 | 38-3 | EME007546 | Attachment to above email. |
| 3 | 38-4 | EME009455 | November 10, 2021 email in which J. Rodriguez receives Pathnostics confidential information re plasmid control summary. |
| 4 | 38-5 | EME012084 | December 7, 2021 email in which J. Rodriguez circulates Pathnostics confidential information re assay validation. |
| 5 | 38-6 | EME012085 | Attachment to above email. |
| 6 | 38-7 | EME012107 | December 7, 2021 email in which H. Mahmodi discusses Pathnostics confidential information re validation. |
| 7 | 38-8 | EME011554 | December 14, 2021 email thread in which J. Rodriguez and H. Mahmodi discuss Pathnostics confidential information re validation. |
| 8 | 38-9 | EME006054 | November 1, 2022 email in which A. Kacicz sends variety of Pathnostics confidential information to C. Caccuro and L. Korch. |
| 9 | 38-10 | EME019298 | November 3, 2022 email in which L. Korch sends private weblink to Pathnostics confidential information to J. Allchin, R. Embree, and C. Caccuro. |
| 10 | 38-11 | EME006152 | November 16, 2022 email thread in which Caccuro sends Pathnostics confidential information re respiratory pathogens testing to J. Allchin, R. Embree, A. Kacicz, and L. Korch. |
| 11 | 38-12 | EME012225 | November 25, 2022 email in which J. Rodriguez circulates Pathnostics confidential information re extraction procedures. |
| 12 | 38-13 | EME012229 | November 26, 2022 email in which J. Rodriguez circulates Pathnostics confidential information re BE FISH protocol. |
| 13 | 38-14 | EME006334 | January 9, 2023 email in which C. Caccuro sends Pathnostics confidential information re BE FISH report to A. Kacicz, J. Allchin, L. Korch, and R. Embree. |
| 14 | 38-15 | EME006377 | January 11, 2023 email in which C. Caccuro sends A. Kacicz, J. Allchin, L. Korch, and R. Embree Pathnostics confidential information re "items needed for Pathnostics study." |

| 15 | 38-16 | EME011490 | February 2, 2023 email in which J. Rodriguez sends to J. Allchin and R. Embree confidential Pathnostics presentation. |
| --- | --- | --- | --- |
| 16 | 38-17 | EME000020 | May 2023 confidential Pathnostics presentation (no parent email). |
| 18 | 38-19 | EME012169 | July 27, 2022 email in which J. Rodriguez sends C. Caccuro, L. Korch, and R. Embree a confidential Pathnostics customer list. |
| 19 | 38-20 | EME005988 | November 2022 email thread in which C. Caccuro and A. Kacicz circulate a confidential Pathnostics customer list. |
| 21 | 38-22 | EME004817 | November 26, 2022 email in which C. Caccuro sends A. Kacicz confidential Pathnostics interface request forms. |
| 30 | 38-31 | EME007020 | January 2023 email thread in which A. Kacicz, C. Caccuro, and L. Korch revise confidential Pathnostics documents for use at EmeritusDX. |

# EXHIBIT B

| Pauluzzi Decl. Ex. No. | ECF No. | Beginning Bates No. | Description |
|---|---|---|---|
| 4 | 38-5 | EME012084 | December 7, 2021 email in which J. Rodriguez circulates Pathnostics confidential information re assay validation. |
| 6 | 38-7 | EME012107 | December 7, 2021 email in which H. Mahmodi discusses Pathnostics confidential information re validation. |
| 7 | 38-8 | EME011554 | December 14, 2021 email thread in which J. Rodriguez and H. Mahmodi discuss Pathnostics confidential information re validation. |
| 15 | 38-16 | EME011490 | February 2, 2023 email in which J. Rodriguez sends to J. Allchin and R. Embree confidential Pathnostics presentation. |
| 30 | 38-31 | EME007020 | January 2023 email thread in which A. Kacicz, C. Caccuro, and L. Korch revise confidential Pathnostics documents for use at EmeritusDX. |